No. 729.   CURRIN, RECEIVER, ET AL. *v.* NOURSE, TRUSTEE IN BANKRUPTCY, ET AL.   April 1, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   Messrs. *Floyd E. Jacobs, William B. Bostian, James A. McDermott,* and *Clarence A. Randolph* for petitioners.   Messrs. *Arthur Mag, Roy B. Thomson, Paul R. Stinson, I. J. Ringolsky, Ben L. Shifrin,* and *Frank P. Barker* for respondents.

No. 734.   MELLIN, TRUSTEE, ET AL. *v.* MONSEN ET AL.   April 1, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   Mr. *Michael J. Ahern* for petitioners.   Mr. *Walter E. Wiles* for respondents.

No. 728.   COX ET AL. *v.* NEW YORK CENTRAL R. Co. ET AL.   April 1, 1935.   Petition for writ of certiorari to the Supreme Court of New York denied.   Mr. *John Jay McKelvey* for petitioners.   Mr. *Clive C. Handy* for respondents.

No. 730.   MISSOURI PACIFIC R. Co. *v.* JONES, ADMINISTRATOR.   April 1, 1935.   Petition for writ of certiorari to the Supreme Court of Texas denied.   Mr. *W. T. Henry* for petitioner.   Messrs. *S. P. Jones* and *Wright Patman* for respondent.

No. 731.   LOUISIANA HIGHWAY COMM'N *v.* FARNSWORTH.   April 1, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit de-